UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CYNTHIA SCOTT                                                                CIVIL ACTION

VERSUS

STATE FARM FIRE AND CASUALTY                        NO. 22-00779-BAJ-SDJ
COMPANY, ET AL.

## RULING AND ORDER

Before the Court is a **Report and Recommendation (Doc. 30)** issued by the Magistrate Judge, which recommends that the above-captioned matter be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v) for Plaintiff's failure to attend the October 2, 2023 telephone conference and the November 1, 2023 show cause hearing. (Doc. 30 at pp. 2-3). Plaintiff has not objected to the Report, and the deadline to do so has passed.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(v) for Plaintiff's failure to participate in either the October 2, 2023 telephone conference or the November 1, 2023 show cause hearing.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 30th day of April, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**